c

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAM LOGISTICS, L.L.C., <br> Plaintiff | CIVIL ACTION NO. 1:20-CV-00445 |
| VERSUS | JUDGE DRELL |
| PRATT INDUSTRIES, INC., *ET AL.*, <br> Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 41), as amended (ECF No. 42), of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 15) is GRANTED IN PART to the extent Defendants seek dismissal for lack of personal jurisdiction over Pratt Industries, Inc. The suit against Pratt Industries, Inc. is therefore DISMISSED, without prejudice

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 15) is DENIED IN PART to the extent they assert lack of subject matter jurisdiction, lack of personal jurisdiction over Rockwall, and improper venue.

IT IS FURTHER ORDERED that Defendants' alternative Motion to Transfer (ECF No. 15) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 15) is DENIED IN PART to the extent Defendants seek dismissal for failure to state a claim for relief.

IT IS FURTHER ORDERED that CAM Logistics, L.L.C.'s Motion to Amend (ECF No. 38) is GRANTED, and the First Amended Complaint (ECF No. 38-2) shall be filed into the record of this matter.

THUS, ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 29th day of September 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT